**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard Allen WILSON, Jr.,**
**Defendant–Appellant.**

**No. 06–10401**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Felicia M. Moncrief, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Ira Raymond Kirkendoll, Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Richard Allen Wilson, Jr., raises arguments that are foreclosed by *United States v. Valdez,* 453 F.3d 252, 264 (5th Cir.2006), which reiterated that a sentencing court may consider conduct underlying an acquitted charge, so long as that conduct has been proved by a preponderance of the evidence, and by *United States v.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Mares,* 402 F.3d 511, 519 (5th Cir.), *cert. denied,* — U.S. —, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005), and its progeny, which hold that, after *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), the sentencing court may still find all facts relevant to sentencing by a preponderance of the evidence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.